Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California ▼
_____ Division

MAR 05 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| VINEETA DEVI | Case No. 2:24-CV-0689 DJC CKD (B) |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Sacramento Bhartiya Sabha (dba) Shree Laxmi Narayan Mandir and City of Sacramento, Does 1-50 inclusive | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | VINEETA DEVI |
   | Street Address | 2545 Fulton Avenue, Apt. #32 |
   | City and County | Sacramento, County of Sacramento |
   | State and Zip Code | California 95821 |
   | Telephone Number | (315) 921-6811 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SACRAMENTO BHARTIYA SABHA |
| Job or Title (if known) | (dba) SHREE LAXMI NARAYAN MANDIR |
| Street Address | 7495 Elder Creek Road |
| City and County | Sacramento, County of Sacramento |
| State and Zip Code | California 95824 |
| Telephone Number | (916) 383-4206 |
| E-mail Address (if known) | laxminarayan7495@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | CITY OF SACRAMENTO |
| Job or Title (if known) | CITY OF SACRAMENTO POLICE DEPARTMENT |
| Street Address | 915 I Street |
| City and County | Sacramento, County of Sacramento |
| State and Zip Code | California 95814 |
| Telephone Number | (916) 808-5407 |
| E-mail Address (if known) | |

Defendant No. 3

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
See Attachment #1

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See Attachment #2

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff request is to return to her church as an active member as she has been since 2012. That the Notice of Trespass served on her by the City of Sacramento is terminated. Plaintiff has suffered great emotional stress being barred from her place of worship as the President of the Temple states he will never allow Plaintiff to return to the Temple where she has been a member since 2012. The temple is organized under the federal tax exemption laws (501)(c)(3) and have violated the terms of their 501 (c)(3) by barring the Plaintiff from participating in temple services, which should be open to the public.

Threats were made to the Plaintiff that if she voiced her opinion or asked certain questions regarding church issues she would be arrested. Plaintiff request to be reinstated as a member of her Temple and that the Defendant(s) pay for the cost of filing this complaint and for her pain and suffering for denying her accesss to her church to practice her religious beliefs as a member of the Temple.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/26/2024

Signature of Plaintiff

Printed Name of Plaintiff: VINEETA DEVI

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

VINEETA DEVI, PLAINTIFF

**ATTACHMENT #1**

**FEDERAL QUESTION**

A. Plaintiff was denied her constitutional First Amendment rights to free speech in her church which is incorporated under the Federal 501(c)(3) tax entitlement. The Plaintiff was denied her rights to religious freedom under the First Amendment of the United States Constitution. Plaintiff was not allowed to practice her religious beliefs and practices at the church of her choice and was denied access to her church to practice her religious beliefs. Plaintiff was removed from her church by agents of the City of Sacramento, by a Notice of Trespass Official Notice on January 09, 2024, denying her access and rights of religious freedom.

**ATTACHMENT #2**

**III. STATEMENT OF CLAIM**

Plaintiff was prohibited by the Defendants, Board of Trustees and President of the Sacramento Bhartify Sabha (dba) Shree Laxmi Narayan Mandir (hereinafter Temple) from entering and exercising her rights to freely practice her religious beliefs and to her rights to free speech pursuant to United States Constitution First Amendment. Plaintiff has been a member of the Temple for over 10 years and on October 23, 2023, the Temple Board Members signed a petition to prevent the Plaintiff from attending services at the Temple and to be removed as a Temple member. Because the Plaintiff voiced her opinions and ask questions of the Board of Trustees and President, they did not approve of and refused to discuss these issues with her. To stop her from stating her opinion and asking questions they had her removed from the Temple, thereby violating her rights to free speech and religious rights. They had her removed from the church as if she was a criminal by the City of Sacramento Police Department. The City of Sacramento served the Plaintiff with a Notice of Trespass and removed her from the Temple. The Plaintiff along with other Temple members were not allowed to participate in certain Temple activities and decision making unless they paid an large fee. Threats were made to Plaintiff that if she voiced her opinion regarding any church issues she would be arrested. Plaintiff's reputation as a loyal Temple member has been slandered as the Temple Board and its President accused her of going against the Temple and their religious beliefs. Plaintiff opposed these accusations and threats and was thereby removed from the Temple and not allowed to continue to enter the Temple to practice her religious beliefs and practices.